UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 10-20628-CR-GRAHAM

UNITED STATES OF AMERICA,
    Plaintiff,
  v.

DAVIUS Mc COWN,
    Defendant.
_____ /

## UNOPPOSED
## DEFENDANT Mc COWN'S MOTION TO CONTINUE TRIAL

DAVIUS Mc COWN ("Mc Cown") through counsel respectfully requests the Court continue his trial, presently set for Monday, October 11, 2010, with a calendar call Ocotber 6, 2010, as the defendant needs additional time to investigate a possible defense.

Further, the defendant who is undereducated needs to understand all of the various complicated legal issues before making an informed decision on how to proced in this matter.

AUSA Michael J. O'Leary does not object to this motion to continue.

Defendant Mc Cown affirmately waives his rights to a Speedy Trial, *18 U.S.C §3161*.

Respectfully, it is requested that Mc Cown's trial be continued for one trial period.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be provided to all counsel of record via the Court's CM/ECF system.

Respectfully submitted,
_____/S/_____
**Hugo A. Rodriguez, P.A.**
*Counsel for Mc Cown*
1210 Washington Ave., Suite 245
Miami Beach, Florida, 33130
Telephone: (305) 373-1200
Fax: (305) 532-5560
E-Mail: Hugolaw@aol.com