**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 10-20628-CR-GRAHAM**

**UNITED STATES OF AMERICA**

vs.

**DAVAUS LEANARD MCCOWN,**

    **Defendant.**
_____/

**UNITED STATES NOTICE OF INTENT**
**TO UTILIZE EXPERT TESTIMONY**

    **COMES NOW**, the United States of America, through its undersigned counsel, and files this formal Notice of Intent to Utilize Expert Testimony pursuant to Federal Rule of Evidence 702. In accordance with Federal Rule of Criminal Procedure 16, the government may utilize expert testimony from the following witnesses as previously as described in the United States Response to the Standing Discovery Order.

    1.    The government may call at trial Special Agent Joshua Murr of the Bureau of Alcohol, Tobacco, Firearms, and Explosives to establish that the firearm and ammunition which are the subject of the instant indictment traveled in interstate and/or foreign commerce. Special Agent Murr also can establish that the firearms and ammunition meet the definition for those items under federal law. Special Agent Murr's Report and qualifications have been previously disclosed to counsel.

    2.    The government may call at trial Gilberto Tamez, fingerprint examiner from the Miami Dade Police Department, whose testimony at trial will relate to his expertise, the process of fingerprinting and comparison, and the various factors relating to the ability to obtain or leave fingerprints. Mr. Tamez's report has been previously disclosed. Qualifications of this expert will be provided separately to counsel.

    Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703 or 705 of

the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

                                   Respectfully submitted

                                   WIFREDO A. FERRER
                                   UNITED STATES ATTORNEY

By:    /s Michael J. O'Leary
            Michael J. O'Leary
            Assistant United States Attorney
            District Court No. A5501261
            99 Northeast 4th Street
            Miami, Florida 33132-2111
            Tel: (305) 961-9131
            Fax: (305) 530-7976

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on October 12, 2010, I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

                s/Michael J. O'Leary
                Michael J. O'Leary
                Assistant United States Attorney