UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 10-20628-CR-GRAHAM

UNITED STATES OF AMERICA,
      Plaintiff,
  v.

DAVIUS Mc COWN,
      Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL
## FOR DEFENDANT DAVAUS Mc COWN

Hugo A. Rodriguez, appointed CJA counsel ("counsel"), pursuant to 18 U.S.C.¶ 3006A, respectfully requests the Court allow him to withdraw as counsel for the defendant DAVAUS Mc COWN as irreconcilable differences exist which drastically compromise the further representation of the defendant. In support of this motion, counsel states as follows:

On October 13, 2010, counsel met with the defendant and provided him the following documents:

    1.    Transcript of hearing, October 6, 2010.

    2.    Government Trial Brief filed October 12, 2010.

    3.    Plea Agreement of co-defendant Mormon.

    4.    Factual Proffer of co-defendant Mormon.

    5.    New Discovery provided by the government.

The defendant immediately, strongly communicated to counsel his zealous disagreement with counsel's course of handling the defendant's pretrial matters and his defense. Because of insurmountable reasons which counsel is ethically precluded from revealing, there is **no trust** in this attorney-client relationship.

1

The conflict which exists concerning the handling of the defendant's defense goes to the heart of the representation and is at this junction irreconcilable. Thus, it would be contrary to the best interests of the defendant and that of counsel to continue his representation in this case.[1]

Further, the defendant clearly expressed to counsel's investigator that counsel has been totally ineffective, suggesting the defendant will be filing an adverse motion for ineffective assistance of counsel, 28 U.S.C. §2255.

Counsel has advised AUSA O'Leary of the filing of this motion and AUSA O'Leary takes no position.

This motion is filed in good faith pursuant to counsel's ethical obligations.

## **MEMORANDUM OF LAW**

Where the attorney-client relationship has broken down such that the client no longer trusts the attorney to safeguard her interests, it is ethically improper for the attorney to persist in the representation.  The Eleventh Circuit has held that "even a defendant who hires trial counsel for the purpose of making strategic decisions does not relinquish to this attorney final authority to make fundamental decisions." *Stano v. Dugger*, 921 F.2d 1125, 1146 (11th Cir. 1991).

Cases are legion in holding that the cornerstone of the effective attorney-client relationship is trust.  The Florida Supreme Court has described the role of trust and communication in the attorney-client relationship, as "essential to an attorney-client relationship" in that there be a "free flow of information and the development of trust." *State*

---

[1] If required, counsel can provide further information in an ex-parte proceeding.

*Farm Mut. Auto Ins. Co. V. Continental Cas. Co.*, 575 So.2d 630 (Fla. 1991).

Similarly, in *The Florida Bar v. Gaskin*, 403 So.2d 425, 426 (Fla. 1981), the Florida Supreme Court held that "the very foundation of an effective attorney-client relationship is predicated on trust." The same court noted:

> There is no relationship between individuals which involves a greater degree of trust and confidence than that of attorney and client.

*Gerlach v. Donnelly*, 89 So.2d 493, 498 (Fla. 1957); accord *The Florida Bar v. Simonds*, 376 So.2d 853 (Fla. 1979). This fundamental relationship has become irreconcilably broken in the instant case, mandating the appointment of independent counsel.

Accordingly, CJA Counsel Rodriguez respectfully requests the Court terminate his appointment and appoint new counsel from the attorney list of the CJA panel.

Respectfully submitted,
_____/S/_____
**Hugo A. Rodriguez, Esq.**
1210 Washington Ave.
   Suite 245
Miami Beach, Florida 33139
Telephone: (305) 373-1200
Fax: (305) 532-5560

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will provided to all interested parties through the Court's ECF/CM system.

By: _____/S/_____
HUGO A. RODRIGUEZ
FLA. BAR NO: 312150