UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-20628-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVIUS Mc COWN,

        Defendant.
_____/

## ORDER DENYING MOTION TO WITHDRAW

**THIS MATTER** came before the Court upon Counsel's Motion to Withdraw as Counsel for Defendant Davaus Mc Cown,(D.E. 35).

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Counsel's Motion to Withdraw as Counsel for Defendant Davaus Mc Cown is **Denied**. The Southern District of Florida is an extremely busy Trial District. The Defendant may not on the eve of trial attempt to alter the Courts trial calendar by asserting a disagreement with his counsel. If the Defendant is able to retain an assistant trial counsel for trial purposes, he may do so. This case will proceed as scheduled.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 13th day of October, 2010.

                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

Copied: Hugo Rodriguez, Esq.
        Michael O'Leary, AUSA