UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 10-20628-CR-GRAHAM

UNITED STATES OF AMERICA,
    Plaintiff,
v.

DAVIUS Mc COWN,
    Defendant.
_____ /

## NOTICE OF INTENT TO PLEAD GUILTY

Defendant, DAVIUS Mc COWN, through undersigned counsel, respectfully gives notice of his intent to plead guilty, to the indictment, pursuant to a plea agreement with the government.

Respectfully submitted,
_____/S/_____
HUGO A. RODRIGUEZ, Esq.
*Attorney for Mc Cown*
1210 Washington, Ave, Ste: 245
Miami Beach, Fl. 33139
Tel: 305. 373-1200
Fax: 305.532-5560
E-Mail: Hugolaw@aol.com